# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUSTY GARES and RHONDA GARES, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | )   No.   13-255-SCW ) |
| WILLIAM THOMAS MILLER and MAVERICK TRANSPORATION, LLC., | ) ) ) ) |
| Defendant(s), | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant Stipulation filed by the parties on April 18, 2014 (Doc. 42), the above-captioned action is **DISMISSED** with prejudice.

**Dated:**  April 24, 2014

                                       **Nancy J. Rosenstengel, Clerk of Court**

                                       **By: s//Angela Vehlewald**
                                                       Deputy Clerk

**Approved:  s//Stephen C. Williams**
         STEPHEN C. WILLIAMS
         UNITED STATES MAGISTRATE JUDGE